In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00215-CV

_____

IN THE INTEREST OF D.C.

On Appeal from the 359th District Court
Montgomery County, Texas
Trial Cause No. 11-04-03639 CV

MEMORANDUM OPINION

The appellant filed a notice of appeal but failed to file a brief. We notified the parties that the brief of the appellant had not been filed and warned the appellant that his failure to file a brief could result in a dismissal of the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1). We notified the parties that the appeal would be submitted to the Court without oral argument. *See* Tex. R. App. P. 39.8. Appellant did not respond to this Court's notices.

"A court of appeals may not reverse a trial court's judgment in the absence of properly assigned error." *San Jacinto River Auth. v. Duke*, 783 S.W.2d 209, 210

1

(Tex. 1990). In the absence of a brief assigning error for appellate review, we dismiss the appeal for want of prosecution. Tex. R. App. P. 42.3(b).

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

Submitted on October 15, 2014
Opinion Delivered October 16, 2014

Before McKeithen, C.J., Horton and Johnson, JJ.